UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

SALVADOR G. DIAZ-GARCIA,

                          Petitioner,                                   Civil Action
                                                                        No. 26-cv-1226
              v.

PAM BONDI, Attorney General of the United
States, KRISTI NOEM, Secretary of the
Department of Homeland Security, TODD M.
LYONS, Acting Director, United States
Immigration and Customs Enforcement, in their
official capacities, BRIAN FLANAGAN, Acting
Deputy Field Office Director for ICE in New York
City Area, in their official capacities,

                          Respondents.
------------------------------------------------------------------x

## DECLARATION OF JOHN M. DICKERSON

I, John M. Dickerson, declare the following:

1.      I am a Deportation Officer with U.S. Immigration and Customs Enforcement

("ICE") within the U.S. Department of Homeland Security ("DHS"). I have served in this capacity

since 2012. As a Deportation Officer, I have access to DHS and ICE records relating to Petitioner

Salvador G. Diaz-Garcia ("Petitioner"), who is assigned Alien Number 241 102 218. Additionally,

I am familiar with procedures relating to the processing, removal, detention, and parole of aliens.

The following representations are based on my review of Petitioner's DHS and ICE records,

consultation with my colleagues, and my personal knowledge.

2.      I have reviewed the Petition for Writ of Habeas Corpus filed in the above-captioned

action, and I am familiar with the allegations therein. I submit this Declaration in support of

Respondents' Response to the Court's Order dated March 3, 2026.

3.      Petitioner is a native and citizen of El Salvador.

1

4.      On March 3, 2026, at 6:36 a.m., ICE officers observed an individual who matched the physical description an unrelated target exit a residential address in Ronkonkoma, New York, and drive off in a vehicle. ICE officers conducted a vehicle stop on the Long Island Expressway Eastbound, east of Ocean Avenue, Ronkonkoma, New York. ICE officers approached the vehicle, identified themselves as ICE and asked for identification. Petitioner provided his name, date of birth, and admitted to being a citizen and national of El Salvador with no lawful status in the United States. Petitioner also admitted to illegally entering the United States.

5.      At 6:40 a.m., Petitioner was arrested pursuant to a Warrant of Arrest of Alien (Form I-200) and transported to the 535 Federal Plaza, Central Islip, New York, for processing.

6.      Petitioner was booked into the Central Islip Hold Room at approximately 8:00 a.m.

7.      During processing, ICE served Petitioner with a Form I-862 Notice to Appear ("NTA") charging Petitioner with removability pursuant to Immigration and Nationality Act ("INA") § 212(a)(6)(A)(i), 8 U.S.C. § 1182(a)(6)(A)(i),  (as being an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General of the United States of America). DHS then filed the NTA with the Executive Office for Immigration Review ("EOIR"), commencing removal proceedings. EOIR issued a Case Notice scheduling the initial Master calendar hearing for March 5, 2026.

8.      On this same day, at approximately 11:40 am., Petitioner was transferred from the Central Islip Hold Room to the Nassau County Correctional Center, booking in at approximately 12:30 p.m.

9.      Petitioner remains detained at Nassau County Correctional Center pursuant to INA § 235(b)(2)(A); 8 U.S.C. § 1225(b)(2)(A).

2

10.     Petitioner has no pending applications before EOIR or the United States Citizenship and Immigration Services.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 4th day of March 2026, Central Islip, New York

JOHN M
DICKERSON

Digitally signed by JOHN M
DICKERSON
Date: 2026.03.04 13:15:34
-05'00'

John M. Dickerson
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

3

## U.S. DEPARTMENT OF HOMELAND SECURITY   Warrant for Arrest of Alien

File No. 341 102 218

Date: 3/3/2026

To:   Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations

I have determined that there is probable cause to believe that DIAZ GARCIA, Salvador Gustavo is removable from the United States. This determination is based upon:

☐   the execution of a charging document to initiate removal proceedings against the subject;

☐   the pendency of ongoing removal proceedings against the subject;

☐   the failure to establish admissibility subsequent to deferred inspection;

☐   biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☑   statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

_____
(Signature of Authorized Immigration Officer)

J. Dickerson   (a) SDDO
_____
(Printed Name and Title of Authorized Immigration Officer)

---

### Certificate of Service

I hereby certify that the Warrant for Arrest of Alien was served by me at Central Islip, NY
                                                                        (Location)

on Salvador DIAZ GARCIA on 03/03/26 , and the contents of this
   (Name of Alien)            (Date of Service)

notice were read to him or her in the SPANISH language.
                                      (Language)

_____          4369105b/7793
Name and Signature of Officer             Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)

| U.S. Department of Homeland Security | Subject ID : 401682300 | | | Record of Deportable/Inadmissible Alien |
|---|---|---|---|---|

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| DIAZ-GARCIA, SALVADOR GUSTAVO | | | | M | BLK | BRO | |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| EL SALVADOR | | CIP2603000042  241 102 218 | 69 | 165 | employee |

**U.S. Address**
2346 OCEAN AVE RONKONKOMA, NEW YORK, 11779, UNITED STATES

Scars and Marks

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☐ Single  ☐ Divorced ☒ Married |
|---|---|---|---|
| Unknown Date Unknown Time, UNK, WI-Without Inspection | | KWP0ECD52 | ☐ Widower ☐ Separated |

Number, Street, City, Province (State) and Country of Permanent Residence

Method of Location/Apprehension
NCA

| Date of Birth | | Date of Action | Location Code | At/Near | Date Hour |
|---|---|---|---|---|---|
| 08/07/1993  Age: 32 | | 03/03/2026 | CIP/NYC | See I-831 | 03/03/2026 09:21 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| EL SALVADOR | | | See Narrative |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| . NATIONALITY: UNKNOWN | 2-UNITED STATES |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| | |

| Monies Due/Property in U.S Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from to |
|---|---|---|---|
| See Narrative | Employee | Hr | 01/01/2023 |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: 1308710593            Left Index fingerprint          Right Index fingerprint

FAMILY INFORMATION
-------------------
Father:Subject has not provided information for Father.
Mother:Subject has not provided information for Mother.
Spouse:. is a citizen of  UNKNOWN.
Son:DIAZ AMAYA, JAYDEN DANIEL is a citizen of  UNITED STATES.
Son:DIAZ AMAYA, JAYDEN DARRYL is a citizen of  UNITED STATES.

SUBJECT HEALTH STATUS
----------------------- ...(CONTINUED ON I-831)

| | AR 10319  RAINA  Deportation Officer |
|---|---|
| Alien has been advised of communication privileges  03/03/26  AR  (Date/Initials) | (Signature and Title of Immigration Officer) |

| Distribution:  A-file | Received: (Subject and Documents)  (Report of Interview) |
|---|---|
| | Officer AR 10319  RAINA |
| | on: March 3, 2026 |
| | Disposition: Warrant of Arrest/Notice to Appear |
| | Examining Officer: ZABBIA, (A) SDDO |

Form I-213 (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| DIAZ-GARCIA, SALVADOR GUSTAVO | 241 102 218<br>Event No: CIP2603000042 | 03/03/2026 |

The subject claims good health.

CURRENT ADMINISTRATIVE CHARGES
----------------------------------
03/03/2026 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)

RECORDS CHECKED
----------------
TECS checked on 03/03/2026 with Negative result.NCIC checked on 03/03/2026 with Negative result.CLAIM checked on 03/03/2026 with Negative result.CIS checked on 03/03/2026 with Negative result.EARM checked on 03/03/2026 with Positive result.AFIS checked on 03/03/2026 with Positive result.IAFIS checked on 03/03/2026 with Positive result.

NAME AND ADDRESS OF US EMPLOYER
----------------------------------
AGAPE POOLS, . MIDDLE ISLAND, NEW YORK, 11953, UNITED STATES

ARRESTING AGENTS
-----------------
C. SCHULTZJ 4313 DICKERSONP 9105 HASSELL

ARRESTED AT/NEAR
-----------------
LIE EAST OF OCEAN AVE, RONKONKOMA, NEW YORK, 11741, UNITED STATES

RECORD OF DEPORTABLE/EXCLUDABLE ALIEN:
----------------------------------------
*The officer preparing this document was not involved in the arrest and was assigned to process the arrest. All information contained herein was reported by the arresting officer(s) and/or obtained through a post arrest review of available electronic databases and computerized systems queries. *

ARREST:
On Tuesday, March 3, 2026, at approximately 0640hrs, Long Island Fugitive Operations, with HSI assistance, arrested : DIAZ GARCIA, Salvador Gustavo (A# TBD; DOB: 08/07/1993; COB: El Sal), pursuant to an I-200 Warrant of Arrest. At approximately 0636hrs, officers observed an individual matching the physicsal description of the primary target,( A220 474 697), exit 2346 Ocean Ave, Ronkonkoma, NY and drive off in a vehicle. Officers conducted a vehicle stop on Long Island Expressway Eastbound, just east of Ocean Ave, Ronkonkoma, NY. Officers, in high visibility markings that said "POLICE", "ERO", "ICE", approached the vehicle and identified themselves as Officers with Immigration and Customs Enforcement and asked for ID. The individual provided officers with a NYS Driver License bearing the name and DOB above. Record checks yielded no results but DIAZ GARCIA stated to officers that he is a citizen and national of El Salvador with no lawful status in the United States and admitted to entering the United States illegally. Officers determined DIAZ GARCIA was illegally present in the United States, informed him he was under arrest due to being illegally present in the United States, placed him under arrest and transported him to 535 Federal Plaza, Central Islip, NY for processing.

Immigration History:
DIAZ s not a citizen and national of the United States. DIAZ is a citizen and national of EL SALVADOR.
On an unknown date, DIAZ unlawfully entered the United States at a place not designated as a port of entry by the Attorney General of the United States and or the Secretary of Homeland Security.

| Signature<br>AR 10319  RAINA | Title<br>Deportation Officer |
|---|---|

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| DIAZ-GARCIA, SALVADOR GUSTAVO | 241 102 218 <br> Event No: CIP2603000042 | 03/03/2026 |

Applications:
DIAZ has no pending or approved U, V or T applications with U.S. Citizenship and Immigration Services (USCIS).

DNA:
DNA (Kit: F4873239) was collected from DIAZ on 03/03/2026.

Criminal History:
FINS: 1308710593
FBI: KWP0ECD52

DIAZ has no known criminal history in the United States.

Health:
DIAZ claims and appears to be in good health, not taking medication.

Phone Call:
DIAZ was offered to make a phone call which he contacted his friend, Jose at ████████.
The call last approximately 5 minutes.

Meal:
DIAZ was offered a meal and a bottle of water, he accepted.

Property/Funds:
DIAZ funds of $428.25 USD were inventoried under G-589: 1476569 and his property was inventoried (G-589:1476572).

Consulate:
DIAZ was informed of his right to notify the consulate of EL SALVADOR, DIAZ declined to notify the consulate of his detention.

Bautista Class Action Notice:
The Class Action Notice was served on the alien in Spanish on 03/03/2026 at 10:30. The Class action Notice was served to the alien in Spanish, and the alien was provided an interpretation in Spanish on 03/03/2026 at 10:30.

Disposition:
Forms executed, 8 USC 1815 Fee assessment. I-200, I-862, I-213, FD-249, FD-936 and provided DIAZ with the Online Detainee Locator System (ODLS) Privacy Notice. DIAZ will be processed as Warrant of Arrest/ Notice to Appear (WA/NTA).

DIAZ was provided with the Notice of Rights to Salvadorans, Notice of Rights CIHP, Bautista Notice, Detainee Locator, Consulate Notification, Free Legal Services List and all other documents associated with removal proceedings.

Bed space:
Bed space was approved by NYC TRO SDDO.


OTHER IDENTIFYING NUMBERS
-------------------------------
ALIEN-241102218
Other Biometric-████████

| Signature | Title |
|---|---|
| AR 10319  RAINA | Deportation Officer |

3 of 3 Pages

DEPARTMENT OF HOMELAND SECURITY

## NOTICE TO APPEAR

DOB: 08/07/1993

Event No: CIP2603000042

---

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

Subject ID: 401682300

File No: **241 102 218**

In the Matter of:

Respondent: **SALVADOR GUSTAVO DIAZ-GARCIA** _____ currently residing at:

80 29th St Brooklyn, NEW YORK 112321503
<table>
<tr><td>(Number, street, city, state and ZIP code)</td><td>(Area code and phone number)</td></tr>
</table>

☐ You are an arriving alien.

☒ You are an alien present in the United States who has not been admitted or paroled.

☐ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;

2. You are a native of EL SALVADOR and a citizen of EL SALVADOR;

3. You entered the United States at or near an unknown place, on or about an unknown date;

4. At that time you arrived at a time or place other than as designated by the Attorney General.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:    ☐ 8CFR 208.30    ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

201 VARICK ST, 5TH FL RM 507,  NEW YORK, NEW YORK 10014. NEW YORK VARICK
<table>
<tr><td>(Complete Address of Immigration Court, including Room Number, if any)</td></tr>
</table>

on __March 13, 2026__ at __8:30 am__ to show why you should not be removed from the United States based on the
    (Date)            (Time)

charge(s) set forth above.    _____ (A) SDDO ZABBIA - (A) SDDO
                                    (Signature and Title of Issuing Officer)

Date: __March 3, 2026__    _____ Central Islip, NY
                                    (City and State)

---

DHS Form I-862 (6/22)

**Notice to Respondent**

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form I-589, Application for Asylum and for Withholding of Removal. The Form I-589, Instructions, and information on where to file the Form can be found at **www.uscis.gov/i-589**. Failure to file the Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at **http://www.ice.gov/contact/ero**, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

**U.S. Citizenship Claims:** If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

---

### Request for Prompt Hearing

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: _____

_____     _____
                                                          *(Signature of Respondent)*

                                                          Date: _____

_____
*(Signature and Title of Immigration Officer)*

---

### Certificate of Service

This Notice To Appear was served on the respondent by me on **March 3, 2026**_____, in the following manner and in compliance with section 239(a)(1) of the Act.

☒ in person    ☐ by certified mail, returned receipt # _____ requested    ☐ by regular mail
☐ Attached is a credible fear worksheet.
☒ Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the **SPANISH**_____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

REFUSED TO SIGN                              D.O A Raira 1037
_____     _____
*(Signature of Respondent if Personally Served)*     *(Signature and Title of officer)*

---

DHS Form I-862 (6/22)                                                          Page 2 of 3

**Privacy Act Statement**

**Authority:**

The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

**Purpose:**

You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

**Routine Uses:**

For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at https://www.dhs.gov/system-records-notices-sorns. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at https://www.justice.gov/opcl/doj-systems-records. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

**Disclosure:**

Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.